# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

*1109142 6*
*3/2/11*
*1849.19*

TEL: (716) 831-1994

February 28, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: PETERSON, LENORE M.                    /Case # 05-91045
    Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $1,849.19. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s)

Claimant PETERSON, LENORE M.    Amount $ 1,849.19 Claim Register # SURPLUS

JOHN H. RING, III
Trustee

FILED
MAR 2 2011
BANKRUPTCY COURT
BUFFALO, N.Y.